

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00085-CV

Eliza **FLORES,**
Appellant

v.

**HEB GROCERY COMPANY, LP D/B/A JOE V'S SMART SHOP,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

The trial court's judgment was signed on January 8, 2020 and appellant timely filed a notice of appeal. The clerk's record and reporter's record were due to be filed in this court on March 9, 2020. *See* TEX. R. APP. P. 35.1. Neither record has been filed. The trial court clerk has filed a notification of late record stating that appellant has failed to request and pay, or make arrangements to pay, the fee for preparing the clerk's record and that appellant is not entitled to appeal without paying the fee.

Accordingly, it is ORDERED that appellant provide written proof to this court **within ten (10) days** of the date of this order that **either** (1) the clerk's fee for preparing the clerk's record has been paid or payment arrangements have been made and any additional contents of the clerk's record have been designated pursuant to TEX. R. APP. P. 34.5(b), and (2) a written request has been made for preparation of the reporter's record pursuant to TEX. R. APP. P. 34.6 (b), and the reporter's fee has been paid or payment arrangements have been made; **or** (3) appellant is entitled to appeal without paying the clerk's fee and the court reporter's fee.

If appellant fails to respond within the time provided, and the clerk's record is not timely filed, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court